No. 85–1638.  LAW MATHEMATICS & TECHNOLOGY, INC. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 85–5965.  CLARK v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 85–6080.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 85–6124.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–6256.  GREEN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 85–6269.  TAYLOR v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 85–6271.  JONES v. CUYLER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–6277.  LAWRENCE v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 85–6346.  BOGGS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–6369.  KELLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–6373.  HOWARD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–6378.  CLEMENTS v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–6425.  BURNETT v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 85–6458.  COOK v. UNITED STATES.  C. A. 9th Cir.  Certiorari before judgment denied.

No. 85–6504.  WOOD v. XEROX CORP.  C. A. 9th Cir.  Certiorari denied.

No. 85–6508.  FRAZAR v. LOWE.  C. A. 5th Cir.  Certiorari denied.